The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY FRANK THOMAS,<br><br>Defendant. | NO. CR21-00176 JLR<br><br>PROTECTIVE ORDER |

Upon the unopposed motion of the United States, and the Court being advised as to the nature of this case, it is hereby:

ORDERED that pursuant to Rule 16(d)(1), Federal Rules of Criminal Procedure, defendant GREGORY FRANK THOMAS and his counsel of record shall not provide any other person or entity with copies of any discovery material produced by the government which contains:

(a) personal identifying information of any individual (other than the defendant), including without limitation, any individual's date of birth, Social Security number, current address, telephone number, email address, driver's license or state identification number, or professional license number ("Personal Information"); or

(b) financial information of any individual (other than the defendant) or business, including without limitation, bank account numbers, credit or debit card numbers,

Protective Order - 1
*United States v. Thomas*, CR21-00176 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

account passwords, account names and contact information, account history, account balances, account statements, or taxpayer identification numbers ("Financial Information"), unless the information belongs to the defendant, or defense counsel first redacts the Personal Information and Financial Information from the discovery material.

IT IS FURTHER ORDERED that any such discovery material (hereinafter the "Protected Material") shall be marked as "Protected" by the government.

IT IS FURTHER ORDERED that any unredacted Personal Information and Financial Information be disclosed to the defendant only for purposes of preparing his defense.

IT IS FURTHER ORDERED that, subject to the restrictions above, neither defense counsel nor defendant shall provide any unredacted discovery material produced by the government to any person or entity without the government's express written permission, except that defense counsel may provide discovery material to investigators, paralegals, law clerks, experts, and assistants (hereinafter collectively referred to as "members of the defense team") who are necessary to assist counsel of record in preparation for trial or other proceedings and who agree to be bound by the terms of this Protective Order.

IT IS FURTHER ORDERED that defense counsel and members of the defense team may display and review Protected Material with the defendant, but the defendant may not retain any copies of the Protected Material unless the Personal Information or Financial Information contained in the discovery materials belongs to the defendant.

///
///
///

Protective Order - 2
*United States v. Thomas*, CR21-00176 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS FURTHER ORDERED that the provisions of this Order shall not terminate at the conclusion of this prosecution.

DATED this 3rd day of January, 2022.

_____
JAMES L. ROBART
United States District Judge

Presented by:

*s/ Jessica M. Ly*
JESSICA M. LY
Special Assistant United States Attorney


*s/ Peter Camiel*
Peter Camiel
Defense Attorney for Gregory Frank Thomas

Protective Order - 3
*United States v. Thomas*, CR21-00176 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970