The Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY FRANK THOMAS,<br><br>Defendant. | No. CR21-176-JLR<br><br>[PROPOSED]<br><br>**ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Gregory Frank Thomas' interest in the following property:

> A sum of money in the amount of $8,500, reflecting the proceeds Defendant Thomas obtained from his commission of Bank Fraud, in violation of 18 U.S.C. § 1344. The United States has agreed that it will request the Attorney General apply any amounts it collects toward satisfaction of this forfeited sum to the restitution that is ordered. The United States has agreed that any amount Defendant pays toward restitution will be credited against this forfeited sum.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate because:

Order of Forfeiture - 1
*United States v. Gregory Frank Thomas*, CR21-176-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The proceeds of Bank Fraud, in violation of 18 U.S.C. §§ 1344 and 2, are forfeitable pursuant to 18 U.S.C. § 982(a)(2);
- In his Plea Agreement, Defendant Thomas agreed to forfeit his interest in the above-identified judgment for a sum of money pursuant to 18 U.S.C. § 982(a)(2), as it reflects the proceeds he personally obtained from his commission of offense and to which he entered a guilty plea (Dkt. No. 15, ¶ 13); and,
- This judgment for a sum of money is personal to Defendant Thomas; pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1) Pursuant to 18 U.S.C. § 982(a)(2), Defendant Thomas' interest in the above-identified sum of money in the amount of $8,500 is fully and finally forfeited, in its entirety, to the United States;

2) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)–(B), this Order will become final as to Defendant Thomas at the time he is sentenced; it will be made part of the sentence; and, it will be included in the judgment;

3) No right, title, or interest in the identified sum of money exists in any party other than the United States;

4) Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $8,500; and,

///

///

///

Order of Forfeiture - 2
United States v. Gregory Frank Thomas, CR21-176-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5) The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED.

DATED this 1ST day of August, 2022.

_____
THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2462
Karyn.S.Johnson@usdoj.gov

Order of Forfeiture - 3
*United States v. Gregory Frank Thomas*, CR21-176-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970